UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
COVER SHEET FOR AMENDMENTS

Case Name: <u>Sean M. Sutton</u>                     Case No.: <u>14-47443</u>

## DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:

- ☐ Amendment to Petition:
    - ☐ Name   ☐ Debtor(s) Mailing Address   ☐ Alias
    - ☐ Signature   ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ Summary of Schedules
- ☐ Statement of Financial Affairs
- ☒ Schedules and List of Creditors:
    - ☐ Schedule A
    - ☐ Schedule B
    - ☐ Schedule C
    - ☐ List of Creditors   ☐ Schedule D   ☐ Schedule E   ☒ Schedule F, and
        - ☐ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$30.00 Fee Required**, or
        - ☐ Change address of a creditor already on the List of Creditors – **No Fee Required**
    - ☐ Schedule G
    - ☐ Schedule H
    - ☐ Schedule I
    - ☐ Schedule J

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors**

| Additional Details of Amendment(s): |
|---|
|  |

| ➡ | DECLARATION OF ATTORNEY: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
|---|---|
| Date | Signature: *[signature]* <br> John A. Steinberger P30812 <br> Erin Springer P72072 <br> Noel A. Cimmino P61176 |
| ➡ | AFFIRMATION OF DEBTOR(S): I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date 5/6/14 | Signature *[signature]* <br> Sean Sutton |
| Date | Signature |

1

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

**PREVIOUS NAME/ADDRESS OF CREDITOR:**     **PLEASE CHANGE TO:**


**PREVIOUS NAME/ADDRESS OF CREDITOR:**     **PLEASE CHANGE TO:**


**PREVIOUS NAME/ADDRESS OF CREDITOR:**     **PLEASE CHANGE TO:**


## ADDITIONS TO THE LIST OF CREDITORS:

**Use this section of the form to identify creditors added to the schedules and List of Creditors**


**NAME OF CREDITOR**              **ADDRESS:**
Comcast                           P.O. Box 3005, Southeastern, PA, 19398-3005


**NAME OF CREDITOR**              **ADDRESS:**
Verizon Wireless                  P.O. Box 4002, Acworth, GA 30101


**NAME OF CREDITOR**              **ADDRESS:**


**FOR ADDITIONAL CORRECTIONS/ADDTIONS, COPY THIS SHEET AND CONTINUE**

2

## COVER SHEET FOR AMENDMENTS GUIDELINES

- Use the Cover Sheet for Amendments **ONLY** when filing the items listed on Page 1, including amendments made in response to information provided to you on the BNC Undeliverable Notice.

- Include the word "Amended" in the title of each amended document. **Please Note: An amended document must be filed in its entirety and accompanied by the Cover Sheet for Amendments.**

- **Service of Amendment:** LBR 1009-1(b) The debtor shall serve a copy of the amendment and the "Cover Sheet for Amendments" on all entities affected by the amendment and file a certificate of service. **The Clerk's Office will not send notice of the amendment.**

- Do not add or upload creditors that already have been included on the original List of Creditors. **The Clerk's Office will not delete creditors.**

- Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court". **NOTE: No personal checks will be accepted from debtors.**

*Please contact our Help Desk with any questions regarding amendments or fees:*
<u>*Bay City:*</u> *(989) 894-8840* <u>*Detroit:*</u> *(313) 234-0065* <u>*Flint:*</u> *(810) 235-4126*

In re  **Sean M Sutton**                                                                    Case No. __14-47443__
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2472**<br><br>Americollect Inc<br>Attn: Bankruptcy<br>Po Box 1566<br>Manitowoc, WI 54221 | - | | Opened 12/01/12<br>Collection Attorney Integrated Health Associates | | | | 43.00 |
| Account No. **xxxx3336**<br><br>Americollect Inc<br>Attn: Bankruptcy<br>Po Box 1566<br>Manitowoc, WI 54221 | - | | Opened 12/01/12<br>Collection Attorney Integrated Health Associates | | | | 11.00 |
| Account No. **xxxx7521**<br><br>Americollect Inc<br>Attn: Bankruptcy<br>Po Box 1566<br>Manitowoc, WI 54221 | - | | Opened 12/01/12<br>Collection Attorney Integrated Health Associates | | | | 11.00 |
| Account No. **xxxxx2994**<br><br>Asset Acceptance<br>Attn: Bankrupcy Dept<br>Po Box 2036<br>Warren, MI 48090 | - | | Opened 2/01/11<br>Factoring Company Account Art Van / Hsbc Retail Services | | | | 672.18 |

__3__ continuation sheets attached

Subtotal (Total of this page)  **737.18**

In re  **Sean M Sutton**
                                      Debtor

Case No. **14-47443**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Elizabeth Smith<br>Stehanie Carrington Pettway<br>Staff Attorney for Plaintiff<br>P. O. Box 2123<br>Warren, MI 48090 | | | Representing:<br>Asset Acceptance | | | | Notice Only |
| Account No. xxxxx2853 | | | Opened 6/01/11<br>Factoring Company Account Best Buy - Hsbc | | | | |
| Asset Acceptance<br>Attn: Bankrupcy Dept<br>Po Box 2036<br>Warren, MI 48090 | | - | | | | | 254.00 |
| Account No. xx-0314 | | | 2011<br>Judgment | | | | |
| Capital Alliance Finance LLC<br>c/o Stenger & Stenger<br>2618 E. Paris Ave. SE<br>Grand Rapids, MI 49546 | | - | | | | | 14,210.04 |
| Account No. xxxxxxxxxxxx0441 | | | Opened 11/01/06  Last Active  1/26/10<br>Charge Account | | | | |
| Citibank Usa<br>Citicorp Credit<br>Services/Attn:Centralize<br>Po Box 20507<br>Kansas City, MO 64195 | | - | | | | | 897.00 |
| Account No. xxxxx xxxxx3 02 3 | | | 2013<br>Cable Bill | | | | |
| Comcast<br>P. O. Box 3005<br>Southeastern, PA 19398 | | - | | | | | 519.42 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **15,880.46**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

In re  **Sean M Sutton**  
Debtor

Case No. __14-47443__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx1209 <br><br> Crd Prt Asso <br> Attn: Bankruptcy <br> Po Box 802068 <br> Dallas, TX 75380 | | - | 11 Comcast Cable | | | | 519.00 |
| Account No. xxxxxxxxxxxx6691 <br><br> Gecrb/lord & Tay <br> Po Box 965015 <br> Orlando, FL 32896 | | - | Opened 3/01/08 Last Active 1/15/10 <br> Charge Account | | | | 836.00 |
| Account No. xxxxxxxxxxxx8038 <br><br> Hsbc Bank <br> Po Box 5253 <br> Carol Stream, IL 60197 | | - | Opened 5/12/03 Last Active 6/05/08 <br> Credit Card | | | | 4,836.00 |
| Account No. xxxxxx4761 <br><br> Midland Funding <br> 8875 Aero Dr Ste 200 <br> San Diego, CA 92123 | | - | Opened 7/01/11 <br> Factoring Company Account Citibank South Dakota N.A. | | | | 1,052.60 |
| Account No. <br><br> Mary Jane M. Elliott P.C. <br> 24300 Karim Blvd <br> Novi, MI 48375 | | | Representing: <br> Midland Funding | | | | Notice Only |

Sheet no. __2__ of __3__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  
**7,243.60**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sean M Sutton**  Case No. **14-47443**
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0104<br><br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | - | Opened 8/01/11<br>Factoring Company Account Chase Bank Usa N.A. | | | | 730.00 |
| Account No.<br><br>Phyllis Wakamatsu<br>28125 Greening<br>Farmington Hills, MI 48336 | | - | 2013<br>2013 Chevrolet Sonic for car loan | | | | 13,000.00 |
| Account No. xxxxxxxxx-x0001<br><br>Verizon Wireless<br>P.O. Box 4002<br>Acworth, GA 30101 | | - | 2014<br>Cell Phone Bill | | | | 983.75 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **14,713.75**

Total (Report on Summary of Schedules) **38,574.99**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy